# UNITED STATES DISTRICT COURT
## District of Minnesota

LeAnne Feehan and John Feehan

                Plaintiff,

v.

Wal-Mart Stores, Inc.

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 15-3853 PJS/JSM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The Feehans' motion to remand to state court [ECF No. 9] is DENIED.
2. Wal-Mart's motion to dismiss [ECF No. 4] is GRANTED.
3. The complaint [ECF No. 1-1] is DISMISSED WITHOUT PREJUDICE.

Date: 1/14/16

RICHARD D. SLETTEN, CLERK

s/A. Linner

(By)                A. Linner, Deputy Clerk